No. 97–9262. HILLSMAN v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–9263. HOWARD v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–9273. WHITE v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 97–9274. WEAVER v. GEORGE ET AL. Commw. Ct. Pa. Certiorari denied.

No. 97–9275. HENDERSON v. IOWA ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–9276. GILLIAM v. SIMMS, SECRETARY, MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES. C. A. 4th Cir. Certiorari denied.

No. 97–9280. ADAMS v. LOCKHEED MARTIN. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 97–9281. SONNIER v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 97–9282. PALMER v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 97–9284. SHAW v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 97–9287. RUSSO v. SAN FRANCISCO COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–9289. MORKE v. GARRAGHTY, WARDEN (four judgments). Sup. Ct. Va. Certiorari denied.

No. 97–9290. McEVOY v. HOAG. Ct. App. Ariz. Certiorari denied.

No. 97–9292. RICHMOND v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.